UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*JUDGE COTE*

MEDITERRANEAN SHIPPING
COMPANY (USA) INC.,

Plaintiffs,

11 CIV 4705

**COMPLAINT**

-against-

CHINA CONTAINER LINE LTD.,

Defendant.

RECEIVED
U.S.D.C. S.D. N.Y.
CASHIERS
JUL 08 2011

Plaintiff MEDITERRANEAN SHIPPING COMPANY (USA) INC., by its undersigned attorneys, as and for its complaint against defendant CHINA CONTAINER LINE LTD. alleges as follows:

1.     This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's pendent, supplementary and ancillary jurisdiction.

2.     Pursuant to the agreement between Plaintiff and Defendant, the District Court for the Southern District of New York is the proper forum for disputes arising thereunder.

3.     Plaintiff MEDITERRANEAN SHIPPING COMPANY (USA) INC., ("MSC") is, and at all relevant times was, a corporation incorporated under the laws of the State of New York with a principal place of business at 420 Fifth Avenue, New York, New York.

4.     Defendant CHINA CONTAINER LINE LTD. ("CCL") is, and at all relevant times was, a corporation incorporated under the laws of the State of California and authorized to conduct business with State of New York with a principal place of business at 525 S. Douglas St., No. 288, El Segundo CA 90245.

5.     For the benefit of Defendant, Plaintiff provided and/or arranged ocean

transportation and related work, materials, labor and/or services at an agreed upon price pursuant to agreements set forth, and incorporated by reference, in Plaintiff's ocean bills of lading MSCUNJ402048, MSCUDL378447, MSCUNM136213, MSCUNF000482, MSCUNH640699 and MSCUND627716.

6.     Plaintiff issued to Defendant invoices for the ocean transportation and related work, materials, labor and/or services provided and/or arranged by Plaintiff for the benefit of Defendant in connection with the Bills of Lading:

| INVOICE | BILL OF LADING | CHARGES |
|---------|----------------|---------|
| T52002 | MSCUNJ402048 | $737.20 |
| T53168 | MSCUDL378447 | $1,050.00 |
| T26392 | MSCUNM136213 | $4,470.00 |
| 187812 | MSCUNF000482 | $6,815.00 |
| 145334 | MSCUNH640699 | $16,835.00 |
| 165503 | MSCUND627716 | $17,400.00 |
| TOTAL | | $47,307.20 |

Copies of the foregoing invoices (the "Invoices") and associated ocean bills of lading are annexed hereto as Exhibit A.

7.     Plaintiff bring this action on its own behalf and as agent for MEDITERRANEAN SHIPPING COMPANY S.A. and/or any other party with an interest in the subject matter hereof and has fulfilled all conditions precedent.

## FIRST CLAIM

8.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 7 hereof.

9.     Defendant is, and at all relevant times, was contractually obligated to pay for the ocean transportation and related work, materials, labor and/or services provided and/or arranged by Plaintiff in connection with the aforementioned Bills of Lading.

10.    Defendant has failed and refused to pay as agreed for the aforementioned ocean transportation and related work, materials, labor and/or services provided and/or arranged by Plaintiff.

11.    Plaintiff has duly performed all of its contractual duties and obligations.

12.    By reason of Defendant's breach of contract, Defendant is liable to Plaintiff in the amount of $47,307.20, plus interest, attorneys' fees and costs.

## SECOND CLAIM

13.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 12 hereof.

14.    Upon information and belief, Defendant received and retained a statement of account and the aforementioned Bills of Lading and Invoices without objection.

15.    Upon information and belief, Defendant had an account stated with Plaintiff.

16.    By reason of the foregoing, Defendant is liable to Plaintiff in the amount of $47,307.20, plus interest, attorneys' fees and costs.

## THIRD CLAIM

17.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 16 hereof.

18.    Plaintiff provided valuable work, materials, labor and/or services for the benefit of Defendant in connection with the aforementioned Bills of Lading.

19.    Defendant was unjustly enriched by its failure and refusal to pay as agreed for such work, labor, materials and services.

20.    By reason of the foregoing, Defendant is liable to Plaintiff in the amount of $47,307.20, plus interest, attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment:

(1)   on its First Claim, against Defendant CHINA CONTAINER LINE LTD. in an amount in excess of $47,307.20, plus interest, attorneys' fees and costs;

(2)   on its Second Claim, against Defendant CHINA CONTAINER LINE LTD. in an amount in excess of $47,307.20, plus interest, attorneys' fees and costs;

(3)   on its Third Claim, against Defendant CHINA CONTAINER LINE LTD. in an amount in excess of $47,307.20, plus interest, attorneys' fees and costs; and,

(4)   for the costs and disbursements, including reasonable attorneys fees, of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 23, 2011

                              THE LAW OFFICES OF MARK MCKEW, PLLC


                              By: _____
                                   Mark L. McKew
                                   Attorneys for Plaintiff
                                   1725 York Ave., Suite 29A
                                   New York, New York 10128
                                   Email: mmckew@mckewnylaw.com
                                   Tel: (212) 876-6783
                                   Fax: (646) 478-9090

EXHIBIT

A



**Mediterranean Shipping Company (USA) Inc.**
700 Watermark Blvd
Mt. Pleasant, SC 29464

7/12/2010

**Invoice Number:** T52002
**Account Number:** TP10454
**Invoice date:** 11-May-2010
**Office: MSC(USA) - Charleston**
Ph: +1 (843) 971 4100
Fax: +1 (843) 971 1155
email:

**China Container Line Ltd. (CA)**
**17800 Castleton Street Ste. 155**
**City of Industry, CA 91748**

Fax: 626-839-8319

Requested by: Gibson, Joan
Phone: (713) 681-8880 Ext.35171
E-mail: JGIBSON@msc.us

Entered by: GLOVERK

Due date: 5/12/2010

**Description:**  Pre Pull and Storage Charges

**Invoice Details**

| Item | Port Depot | Voyage | BOL Number | Eq Number | Yr/Period UnitPrice | Qty | Amount |
|------|-----------|--------|------------|-----------|---------------------|-----|--------|
| Imp. intermodal costs billed to Port Everglades-port | | | MSCUNJ402048 | MSCU5004068 | 137.20 | 1.00 | $137.20 |
| Storage import-recoveryCY Everglades -terminal | | | MSCUNJ402048 | MSCU5004068 | 600.00 | 1.00 | $600.00 |
| | | | | | **Total Due:** | | $737.20 |

MSC000001

---

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.mscmedshipco.com

SCAC Code : MSCU

| **BILL OF LADING No.** | **MSCUNJ402048** |
|---|---|
| NON-NEGOTIABLE COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF ORIGINAL B/Ls | NO. OF RIDER PAGES |
|---|---|
| 0  Of  Zero | 0 |

SHIPPER:
CHINA CONTAINER LINE LIMITED.
3FL,WANGJING E BUILDING,NO.96 WANGJING ROAD,NINGBO,CHINA
NINGBO,.

PHONE:057487360137
FAX:057487360660

FORWARDING AGENT

CONSIGNEE: This B/L is not negotiable unless marked "To Order / To Order of..." here.
CHINA CONTAINER LINE LIMITED.
WILL BE AT NEW LOCATION 525 S.DOUGLAS ST, #288, EL SEGUNDO,
CA90245.GS@CCL-GROUP.COM PHONE:310-7 25-0500 FAX:
310-725-0515

CARRIER'S AGENTS ENDORSMENTS: (Include Agent(s) at POD)

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
CHINA CONTAINER LINE LIMITED.
WILL BE AT NEW LOCATION 525 S.DOUGLAS ST, #288, EL SEGUNDO, CA
90245
EL SEGUNDO, CA 90245

PHONE:3107250500
FAX:3107250515

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT. (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC POH LIN - 0644A | NINGBO | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY - (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| | 06-062TPC | PT EVERGLADES, UNITED STATES | FORT MYERS, FL, UNITED STATES |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE- See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSCU5604068 KG DRY VAN SEAL NUMBER: 3650093 | 71 PACKAGE(S) OF FURNITURE  PATIO FURNITURE NO. SOLID WOOD PACKING MATERIALS  SCAC CODE:CCJL  FREIGHT PREPAID     CY TO CY  MARKS AND NUMBERS: .  PO# DESCRIPTION ITEM# QUANTITY BOX.OF  MADE IN CHINA | 1,431.000 KGS. 3,154.815 LBS. | 55.000 CU.M. 1,942.292 CU.FT. |
| | TOTAL : | 1,431.000 KGS 3,154.815 LBS | 55.000 CBM 1,942.292 CU FT |
| | TOTAL NUMBER OF PACKAGES: 71 | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16) | | | | | |
|---|---|---|---|---|---|
| FREIGHT AND CHARGES | BASIS | RATE | PAYABLE AT | | |
| | | | POL | POD | ELSEWHERE |
| BUNKER ADJUSTMENT FACTOR | 1 | 310.00 | USD      310.00 | | |
| CONTAINER SERVICE CHARGE | 1 | 71.10 | USD        71.10 | | |
| OCEAN FREIGHT | 1 | 2,700.00 | USD   2,700.00 | | |
| PANAMA CANAL SURCHARGE | 1 | 192.00 | USD      192.00 | | |
| WHARFAGE | 1 | 25.00 | | USD        25.00 | |
| | | | USD   3,273.10 | USD     25.00 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number of Containers or units indicated in the box entitled Carrier's Receipt for carriage subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY

If this is a negotiable (To Order / of) Bill of lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable.

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and wherever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)  XXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)  1 cntr | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE  10-NOVEMBER-2006 | SHIPPED ON BOARD DATE  10-NOVEMBER-2006 | |

U.S. Edition - 08/2009                    TERMS CONTINUED ON REVERSE ⅃

**MSC000002**



**Mediterranean Shipping Company (USA) Inc.**
700 Watermark Blvd
Mt. Pleasant, SC 29464

7/12/2010

Invoice Number: T53168
Account Number:  TP10454
Invoice date:    20-May-2010
Office: MSC(USA) - Charleston
Ph: +1 (843) 971 4100
Fax: +1 (843) 971 1155
email:

China Container Line Ltd. (CA)
525 S Douglas St. #288
El Segundo, CA 90245

Fax: 310-725-0515

Requested by: Swindler, Demetrick
Phone: (843) 971-4100 ext.32341
E-mail: dswindler@msc.us

Entered by: SWINDLERD

Due date: 5/21/2010

**Description:**  CUSTOMS EXAM AND DRAYAGE

**Invoice Details**

| Item | Port Depot | Voyage | BOL Number | Eq Number | Yr/Period | UnitPrice | Qty | Amount |
|------|-----------|--------|-----------|-----------|-----------|-----------|-----|--------|
| U.S. Customs exams & drayage Charleston - port | | | MSCUDL378447 | CRXU2956987 | | 1050.00 | 1.00 | $1,050.00 |
| | | | | | | **Total Due:** | | **$1,050.00** |

Page 1 of 1

**MSC000003**

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.mscmedshipco.com

SCAC Code: MSCU

**BILL OF LADING No.** **MSCUDL378447**
NON-NEGOTIABLE COPY

*Port-to-Port or "Combined Transport"(see Clause 1)*

| NO. & SEQUENCE OF ORIGINAL B/Ls | NO. OF RIDER |
|---|---|
| 0 of Zero | 0 |

SHIPPER:
CHINA CONTAINER LINE (SHANGHAI) LIMITED
ROOM 1201-1202 SHANGHAI SQUARE NO.138 HUAHAIROAD(C)    PHONE:02153861151
SHANGHAI CHINA                                         FAX:02153861800
SHANGHAI

FORWARDING AGENT
CHINA CONTAINER LINE (SHANGHAI) LIMITED ,DALIAN BRANCH
RM 9615 GUOMEN COMMERCIAL FLATS HUAFUND 8 XINGGMING
STREET
DALIAN, 116001

CONSIGNEE: This B/L is not negotiable unless marked "To Order / To Order of " here.
CHINA CONTAINER LINE LTD
525 E DOUGLAS ST,288                   CONTACT
EL SEGUNDO, CA 90245                   TEL:310-725-0590,0518,0510,062
                                       FAX:3107266515

CARRIER'S AGENT'S ENDORSEMENTS  (Include Agent(s) at POD)

NOTIFY PARTIES (No responsibility shall attach to the Carrier or to his Agent for failure to notify – see Clause 20)
CHINA CONTAINER LINE LTD
525 S DOUGLAS ST 288 EL SEGUNDO,CA 90245     PHONE:3107266500
EL SEGUNDO, CA 90246                          FAX:3107266515

| VESSEL & VOYAGE NO  (see Clauses 8 & 9) | | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY – see Clauses 1 & 5.2) |
|---|---|---|---|
| NORTHERN JUSTICE - G1013 | | DALIAN, CHINA | XXXXXXXXXXXXXXXX |
| BOOKING REF | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clauses 1 & 5.2) |
| | 09-238TPC | CHARLESTON, SC | XXXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CRXU2950007<br>MSRV8AN-06<br>Seal number 8348513 | 20 PACKAGE(S) OF  DESK DRAWER SIDE OF  EDGE-GLUED BIRCH (BETULA PLATYPHYLLA) LUMBER KILN DRYING P.O. AMA0/2072 MADE IN CHINA NAME ACCOUNT YI SEN WOOD INDUSTRY LIMITED COMPANY VIP CODE_09-238T PC CY TO  CY SAY ONE CONTAINER ONLY<br>MARKS AND NUMBERS: N/M | 14,000.000 KGS<br>30,864.717 LBS | 19.279 CU M<br>680.826 CU. FT |
| | | 14,000.000 KGS<br>30,864.717 LBS | 19.279 CU M<br>680.826 CU FT |
| | TOTAL NUMBER OF PACKAGES 20 | | |

*If above condition, label data or other cannot be read from this B/L, the apparent order and condition of the goods as described herein by the Carrier is apparent good order and condition (unless otherwise stated herein) by the total number or quantity of Containers or other packages or units indicated in the box state of Carrier's Receipt for carriage subject to all the terms and conditions hereof...*

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16)

| FREIGHT AND CHARGES | BASIS | RATE | PREPAID |  |  |
|---|---|---|---|---|---|
| | | | PER |  |  |
| | | | | POD | ELSEWHERE |
| BUNKER ADJUSTMENT FACTOR | 1 | 328.00 | USD | 328.00 | |
| CONTAINER SERVICE CHARGE | 1 | 84.11 | USD | 84.11 | |
| EMERGENCY REVENUE RECOVERY | 1 | 320.00 | USD | 320.00 | |
| OCEAN FREIGHT | 1 | 1,651.00 | USD | 1,651.00 | |
| PIRACY RISK SURCHARGE | 1 | 41.00 | USD | 41.00 | |
| SUEZ CANAL SURCHARGE | 1 | 62.00 | USD | 62.00 | |
| | | | USD | 2,486.11 | 2,486.00 |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box state of Carrier's Receipt for carriage subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of delivery, whichever is applicable IN ACCEPTING THIS B/L OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS B/L OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY...

If this is a negotiable (To Order / of) B/L of lading, one original B/L of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order...

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of B/Ls of Lading stated at the top, all of the same tenor and date, and wherever one original B/L of Lading has been surrendered the others shall be void.

SIGNED BY MSC (USA) Inc., as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) |
|---|---|
| XXXXXXXXXXXXXXXXX | 1 cntr |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE |
| 26-MARCH-2010 | 26-MARCH-2010 |

U.S. Edition - 08/2009          TERMS CONTINUED ON REVERSE

**MSC000004**



**Mediterranean Shipping Company (USA) Inc.**
10050 North West Freeway Suite 300
Houston, Texas 77092

7/12/2010

**Invoice Number:** T26392
**Account Number:** TP10454
**Invoice date:** 31-Aug-2009
**Office:** MSC(USA) - Houston
  Ph: 713-681-8880
  Fax: 713-681-9681
  email:

**China Container Line Ltd. (CA)**
**525 S Douglas St. #288**
**El Segundo, CA 90245**

Fax: 310-725-0515

Requested by: Ortiz, Carlos
Phone: (713) 681-8880 ext. 35435
E-mail: cortiz@msc.us

Entered by: ORTIZC

Due date: 9/1/2009

**Description:** Equipment Detention

**Invoice Details**

| Item | Port Depot | Voyage | BOL Number | Eq Number | Yr/Period | UnitPrice | Qty | Amount |
|------|-----------|--------|-----------|-----------|-----------|-----------|-----|--------|
| Detention at CY Location Long Beach PierA/J/P | | | MSCUNM136213 | FSCU3686151 | 2009-08 | 30.00 | 5.00 | $150.00 |
| Detention at CY Location Long Beach PierA/J/P | | | MSCUNM136213 | FSCU3686151 | 2009-08 | 60.00 | 72.00 | $4,320.00 |
| | | | | | | | **Total Due:** | **$4,470.00** |

MSC Remarks: Extended use of container: 5 days $30 a day 72 days $60 a day $4,470

**MSC000005**

Delivers in large excess of Western | We offer Utopax in a time condition. See practical to access our carrier? access 1 | Hurt & Ward pmk, | www.rsewchhpco.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | **BILL OF LADING No.** **MSCUNM136213** | |
|---|---|---|
| Website: www.mscmedshipco.com        SCAC Code : MSCU | NON-NEGOTIABLE COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |
| | NO. & SEQUENCE OF ORIGINAL Bit's 0  Of  Zero | NO. OF RIDER RIDER      0 |

| SHIPPER: CHINA CONTAINER LINE(SHANGHAI) LTD. 2/F, PORTMAN TOWER, NO. 48 NORTH CAIHONG ROAD NINGBO,CHINA | FORWARDING AGENT CCLLOGISTIC COMPANYLIMITED 2FL,PORTMAN TOWERNO 48 CAIHONG ROAD(N) NINGBO, 315040 | CONTACT:LISA LI FAX:8557487254600 EMAIL: WLINGB@CCL-GROUP.COM.CN |
|---|---|---|

| CONSIGNEE: This B/L is not negotiable unless marked "To Order / To Order of...." here. CHINA CONTAINER LINE LTD 525 S.DOUGLAS ST.,#288,EL SEGUNDO, CA 90245 | CARRIER'S AGENT'S ENDORSEMENTS: (Include Agent(s) at POD) SECOND NOTIFY: NINGBO BESTMETAL & PLASTIC MFG.CO.,LTD 525 S.DOUGLAS ST., #288, EL SEGUNDO, CA 90245 |
|---|---|

| NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20) CHINA CONTAINER LINE LTD 525 S.DOUGLAS ST.,#288,EL SEGUNDO, CA 90245 | |
|---|---|

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) CMA CGM DON PASCUALE - 117A | PORT OF LOADING NINGBO, CHINA | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) XXXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF. | SERVICE CONTRACT NUMBER 08-134 TPC | PORT OF DISCHARGE LONG BEACH, CA | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) XXXXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| FSCU3686151 ID DRY VAN 946 SEAL NUMBER: 7846686 | 141 PACKAGE(S) OF  PLASTIC GOODS PLASTIC DECORATION NO SOLID WOOD PACKING MATERIALS SCAC:CCJL CY TO CY MARKS AND NUMBERS: N/M | 2,622.200 KGS. 5,780.961 LBS. | 14.198 CU.M. 501.394 CU.FT. |
| | TOTAL : | 2,622.200 KGS 5,780.961 LBS | 14.198  CU.M 501.394  CU.FT. |
| TOTAL NUMBER OF PACKAGES: 141 | | | |

If above securities, technology or software were exported from the USA, the export administration regulations must be complied with by theMerchant. Diversion, contrary to USlaw is prohibited.

| FREIGHT & CHARGES  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT AND CHARGES | | | | PAYABLE AT | | |
| FREIGHT AND CHARGES | BASIS | RATE | POL | POD | ELSEWHERE | |
| BUNKER ADJUSTMENT FACTOR | 1 | 151.00 | USD | 151.00 | | |
| CONTAINER SERVICE CHARGE | 1 | 54.21 | USD | 54.21 | | |
| ISPS - INTERN | 1 | 8.00 | USD | 8.00 | | |
| OCEAN FREIGHT | 1 | 529.00 | USD | 529.00 | | |
| | | | USD | 742.21 | | |

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) XXXXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 1 cntr | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE 24-MAY-2009 | SHIPPED ON BOARD DATE 24-MAY-2009 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt for carriage subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY

If this is a negotiable (To Order / of) Bill of lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable.

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and wherever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

U.S. Edition - 08/2009          TERMS CONTINUED ON REVERSE ↓

MSC000006



**Mediterranean Shipping Company (USA) Inc.**
700 Watermark Blvd
Mt. Pleasant, SC 29464

7/12/2010

**Invoice Number:187812**
**Account Number:  TP10454**
**Invoice date:    05-Jun-2008**
**Office: MSC(USA) - Charleston**
Ph: +1 (843) 971 4100
Fax: +1 (843) 971 1155
email:

**China Container Line Ltd. (CA)**
**525 S Douglas St. #288**
**El Segundo, CA 90245**

Fax: 310-725-0515

Entered by: MELTONR

Due date: 7/31/2008

**Description:** ON AND OFF PORT EXAMS, DETENTION

**Invoice Details**

| Item  Port Depot | Voyage | BOL Number | Eq Number | Yr/Period | UnitPrice | Qty | Amount |
|---|---|---|---|---|---|---|---|
| Detention at terminals | | | | | | | |
| Jacksonville - port | | MSCUNF000482 | MSCU1333105 | 2008/06 | 6210.00 | 1.00 | $6,210.00 |
| U.S. Customs exams & drayage | | | | | | | |
| Jacksonville - port | URUGUAY 758 | MSCUNF000482 | MSCU1333105 | 2008/06 | 605.00 | 1.00 | $605.00 |
| | | | | | | **Total Due:** | **$6,815.00** |

**MSC000007**

Our website in large scale of file names | The ship's files pack in this prior clauses. See ship-based particular conditions and regulation. Use sub. | 『甲丰を久々』[大众]点, | www.mscmedshipco.com

| **MEDITERRANEAN SHIPPING COMPANY S.A.** | **BILL OF LADING No.** | **MSCUNF000482** |
|---|---|---|
| Website: www.mscmedshipco.com  SCAC Code : MSCU | NON-NEGOTIABLE COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF ORIGINAL B/L's | NO. OF RIDER |
|---|---|
| 0  Of  Zero | 0 |

**SHIPPER:**
CHINA CONTAINER LINE (SHANGHAI) LTD.
2/F, PORTMAN TOWER, NO. 48 NORTH CAHONG ROAD NINGBO, CHINA

FORWARDING AGENT

**CONSIGNEE:** This B/L is not negotiable unless marked "To Order / To Order of..." here.
CHINA CONTAINER LINE LTD.
525 S. DOUGLAS ST., # 288,
EL SEGUNDO, CA 90245
CONTACT: LGB@CCL-GROUP.COM

**CARRIER'S AGENT'S ENDORSEMENTS:** (Include Agent(s) at POD)
SECOND NOTIFY:
WERLING WANSHUN ELECTRO MECHANICS MFG CO
525 S. DOUGLAS ST., #288, EL SEGUNDO, CA 90245

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

CHINA CONTAINER LINE LTD.
525 S. DOUGLAS ST., #288 EL SEGUNDO, CA 90245
EL SEGUNDO, CA 90245
CONTACT:
TEL.310-725-0500,0518,0519,0020002
1.LGB@CCL-GROUP.COM
FAX:3107250515

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC URUGUAY - 758R | NINGBO | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| | 07-109TPC | JACKSONVILLE, UNITED STATES | XXXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSCU1333105  20' DRY VAN 8V6  SEAL NUMBER: 4742188 | 151 CARTON(S) OF  ELECTRICAL APPLIANCE GASOLINE WATER PUMP GASOLINE GENERATOR NO  SOLID WOOD PACKING MATE RIALS SCAC:CCJL CY TO CY  MARKS AND NUMBERS: N/M | 9,186.000 KGS.  20,251.663 LBS. | 24.530 CU.M.  866.262 CU.FT. |
| | TOTAL : | 9,186.000 KGS  20,251.663 LBS | 24.530 CU.M.  866.262 CU.FT |
| | TOTAL NUMBER OF PACKAGES: 151 | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant.  Diversion, contrary to US law is prohibited.

| FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | | | | | | RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt for carriage subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY |
|---|---|---|---|---|---|---|
| FREIGHT AND CHARGES | BASIS | RATE | PAYABLE AT | | | |
| | | | POL | POD | ELSEWHERE | |
| BUNKER ADJUSTMENT FACTOR | 1 | 248.00 | USD  248.00 | | | |
| CONTAINER SERVICE CHARGE | 1 | 49.00 | USD  49.00 | | | |
| OCEAN FREIGHT | 1 | 1,920.00 | USD  1,920.00 | | | |
| PANAMA CANAL SURCHARGE | 1 | 212.00 | USD  212.00 | | | |
| | | | USD  2,429.00 | | | |

If this is a negotiable (To Order / of) Bill of lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable.

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and wherever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| 26-DECEMBER-2007 | 26-DECEMBER-2007 | |

U.S. Edition - 08/2009                    TERMS CONTINUED ON REVERSE

MSC000008



**Mediterranean Shipping Company (USA) Inc.**
700 Watermark Blvd
Mt. Pleasant, SC 29464

4/27/2010

Invoice Number:145334
Account Number: TP10454
Invoice date:   22-Feb-2007
Office: MSC(USA) - Charleston
   Ph: +1 (843) 971 4100
   Fax: +1 (843) 971 1155
   email:

China Container Line Ltd. (CA)
525 S Douglas St. #288
El Segundo, CA 90245

Fax: 310-725-0515

Entered by: HOGANS

Due date: 3/31/2007

**Description:** Storage Charges for Recovery of Cont

**Invoice Details**

| Item   Port Depot           Voyage | BOL Number | Eq Number | Yr/Period | UnitPrice | Qty | Amount |
|---|---|---|---|---|---|---|
| Detention at CY Location<br>Jacksonville - port | MSCUNH640699 | MSCU7007750 | 2006/02 | 1720.00 | 1.00 | $1,720.00 |
| Extra delivery charge import<br>Jacksonville - port    ILONA 626 | MSCUNH640699 | MSCU7007750 | 2006/02 | 175.00 | 1.00 | $175.00 |
| Import intermodal expenses<br>Jacksonville - port    ILONA 626 | MSCUNH640699 | MSCU7007750 | 2006/02 | 13220.00 | 1.00 | $13,220.00 |
| Storage import-recovery@CY<br>Jacksonville - port | MSCUNH640699 | MSCU7007750 | 2006/02 | 1720.00 | 1.00 | $1,720.00 |
| | | | | | **Total Due:** | $16,835.00 |

Page 1 of 1

MSC000009

Our website in keys retain all licenses / the subject Ubespace as they serial items. Our premisation. All uses are secondaries a serval: 5' "" HH # & 7c # d # Jr. | www.maomedshipco.com

| **MEDITERRANEAN SHIPPING COMPANY S.A.** | **BILL OF LADING No.** | **MSCUNH640699** |
|---|---|---|
| Website: www.mscmedshipco.com   SCAC Code : MSCU | **NON-NEGOTIABLE COPY** | "Port-to-Port" or "Combined Transport"(see Clause 1) |

| | NO. & SEQUENCE OF ORIGINAL B/L's | NO. OF RIDER PAGES |
|---|---|---|
| | 0 Of Zero | 0 |

SHIPPER:
CHINA CONTAINER LINE LIMITED,
NO.88 ZHONGSHAN WEST ROAD,NINGBO,CHINA
NINGBO

FORWARDING AGENT

CONSIGNEE: This B/L is not negotiable unless marked "To Order / To Order of ..." here
CHINA CONTAINER LINE LIMITED,
525 S DOUGLAS ST, #208
EL SEGUNDO, CA 90245

CARRIER'S AGENT'S ENDORSEMENTS. (Include Agent(s) at POD)

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify – see Clause 20)

CHINA CONTAINER LINE LTD.
325 S. DOUGLAS ST. #294
EL SEGUNDO, CA 90245

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC ILONA - 0626A | NINGBO, CHINA | XXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| UMSCNKNK18458 | 06-0627 PC | LONG BEACH, CA | ORLANDO, FL, UNITED STATES |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE- See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSCU7007750  42 PAK=CNT CAS.NUMK:813229475 | 897 CARTON(S) OF   DECORATION PLASTIC GOODS PLASTIC PLATE- THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. FREIGHT PREPAID SCAC CODE:CCIL ZIP CODE:30801  CY TO DOOR   MARKS AND NUMBERS:  CFL | 18,500.000 KGS 40,785.519 LBS | 69.478 CU.M 2,453.574 CU.FT |
| | BILL OF LADING INSERTED BY DTK   NO SEG REQUIRED  AES - CLEAR LA   TOTAL NUMBER OF PACKAGES:897 | 18,500.000 KGS 40,785.519 LBS | 69.478 CU.M 2,453.574 CU.FT |

Our website in keys retain all / all licenses on the subject Ubespace as they serial items. Our premisation. All uses are secondaries as they retain or the individual registration or be conveniently the freights – all verbs, continued at CBT/serial retain a herd

| FREIGHT & CHARGES  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16) | | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT AND CHARGES | BASIS | RATE | **PREPAID** | | **PAYABLE AT** | **ELSEWHERE** |
| | | | POL | POD | | |
| ALAMEDA CORRIDOR CHARGE | 1 | 33.00 | USD | 33.00 | | |
| BUNKER ADJUSTMENT FACTOR | 1 | 344.00 | USD | 344.00 | | |
| CONTAINER SERVICE CHARGE | 1 | 70.00 | USD | 70.00 | | |
| INTERU FUEL SURCHARGE | 1 | 85.00 | USD | 85.00 | | |
| OCEAN FREIGHT | 1 | 1,600.00 | USD | 1,600.00 | | |
| ON CARRIAGE (OVER SEAS INTERMOD | 1 | 1,950.00 | USD | 1,950.00 | | |
| | | | USD | 3,920.00 | | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt for carriage subject to the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY

If this is a negotiable (To Order / of) Bill of lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of this Bill of Lading stated at the top, all of this issue and date, and wherever one original Bill of Lading has been surrendered all other Bills of Lading shall be void

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) |
|---|---|
| XXXXXXXXXXXXXXX | 1 cntr |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE |
| 02-JULY-2006 | 02-JULY-2006 |

SIGNED By MSC (USA) Inc.  as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S.A.

U.S. Edition - 08/2000          TERMS CONTINUED ON REVERSE J

**MSC000010**



**Mediterranean Shipping Company (USA) Inc.**
700 Watermark Blvd
Mt. Pleasant, SC 29464

7/12/2010

Invoice Number: 165503
Account Number:   TP13635
Invoice date:    04-Oct-2007
Office: MSC(USA) - Charleston
  Ph: +1 (843) 971 4100
  Fax: +1 (843) 971 1155
  email:

**CHINA CONTAINER LINE LTD (NEW YORK)**
**601E. LINDEN AVE 2FL**
**LINDEN NJ, 07036**

Fax: 908-847-0407

Requested by: Forrest Bond
Phone: (843) 971-4100 Ext. 32180
E-mail: fbond@msc.us

Entered by: GARRETTT

Due date: 11/30/2007

**Description:** MSC EMMA G722A        I

**Invoice Details**

| Item | Port Depot | Voyage | BOL Number | Eq Number | Yr/Period | UnitPrice | Qty | Amount |
|------|-----------|--------|------------|-----------|-----------|-----------|-----|--------|
| Demurrage at terminal-Imp. shipment Savannah - port term | | | MSCUND627716 | MEDU8112231 | 2007/07 | 60.00 | 5.00 | $300.00 |
| Demurrage at terminal-Imp. shipment Savannah - port term | | | MSCUND627716 | MEDU8112231 | 2007/07 | 120.00 | 70.00 | $8,400.00 |
| Detention at terminals Savannah - port term | | | MSCUND627716 | MEDU8112231 | 2007/07 | 60.00 | 5.00 | $300.00 |
| Detention at terminals Savannah - port term | | | MSCUND627716 | MEDU8112231 | 2007/07 | 120.00 | 70.00 | $8,400.00 |
| | | | | | | **Total Due:** | | $17,400.00 |

Page 1 of 1

Our website is large as an affiliate means. You might also please be via a small case. See www.mscmedshipco.com. www.rsrsrrsrsrNpsa.com

| **m sc**  MEDITERRANEAN SHIPPING COMPANY S.A.  Website: www.mscmedshipco.com                SCAC Code : MSCU | **BILL OF LADING No.**   **MSCUND627716**   "Port-to-Port" or "Combined   Transport (see Clause 1)" |
|---|---|
| | NON-NEGOTIABLE COPY |
| | NO. & SEQUENCE OF ORIGINAL B/L's        NO. OF RIDER   0  Of   Zero                          0 |

| SHIPPER:   CHINA CONTAINER LINE LIMITED.   2FL WANGJING EBUILDING NO.98 WANGJING ROAD,NINGBO,CHINA   NINGBO.   PHONE:057487356137   FAX:057487289860 | FORWARDING AGENT |
|---|---|

| CONSIGNEE: This B/L is not negotiable unless marked "To Order" / To Order of ..." here.   CHINA CONTAINER LINE USA INC   601 E LINDEN AVE 2ND FL   LINDEN,NJ 07036   PHONE: 3109250000   FAX:3107250510 | CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD) |
|---|---|

NOTIFY PARTIES: (no responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)

CHINA CONTAINER LINE LTD (NEW YORK)
601E LINDEN AVE 2ND FL ROOM NJ 07036 CTC FRANKAU
EMAIL:NY&COAL GROUP C GROUP GCROON
NEW YORK,NY 10001
PHONE:9885339381
FAX:9085470407

| VESSEL & VOYAGE NO. (see Clauses 8 & 9)   MSC EMMA - G722A | PORT OF LOADING   NINGBO | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5 2)   XXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF        SERVICE CONTRACT NUMBER   07-109TPC | PORT OF DISCHARGE   SAVANNAH, UNITED STATES | PLACE OF DELIVERY: (Combined Transport ONLY - see Clauses 1 & 5 2)   LEXINGTON, NC, UNITED STATES |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE- See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods   (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU1H12531   N HIGH CUBE.   SEAL NUMBER: G272153 | 484 CARTON(S) OF  PLASTIC GOODS  BAG CLOTH GENTS PURSH KIDS BAG  LAG GAGE LATHER  BELT  LATHER COVER  MOB COVER PLASTIC MOB HAND FREE  MONY BAG  M ONY CUP  SCHOOL BAG  TRAV EL BAG  NO SOLID WOOD PACK ING MATERIALS.  SCAC:CCL ZIP CODE:27292  N/A HUSH UN   CY TO D OOR   MARKS AND NUMBERS: N/M | 8,000.000 KGS   17,636.961 LBS. | 68.000 CU M   2,401.379 CU FT |
| | TOTAL NUMBER OF PACKAGES:484 | TOTAL    8,000.000 KGS   17,636.961 LBS | 68.000   CU M   2,401.379   CU FT |

| Below condition, following or which were created from the B/L, the export, association requirements not be contrary to the Merchant. Does not wish any to Obtain in form to last   FREIGHT & CHARGES   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16) | RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt for carriage subject at his items and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS BILL AND ON THE REVERSE SIDE OF THIS B/L OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY ... |
|---|---|

| FREIGHT AND CHARGES | BARS | RATE | PREPAID POL | KAVALK.PAT POD | ELSEWHERE |
|---|---|---|---|---|---|
| BUNKER ADJUSTMENT FACTOR | 1 | 560.00 | USD   350.00 | | |
| CONTAINER SERVICE CHARGE | 1 | 73.11 | USD   73.11 | | |
| INTERIM FUEL SURCHARGE | 1 | 45.00 | USD   45.00 | | |
| OCEAN FREIGHT | 1 | 2800.00 | USD   2800.00 | | |
| ON CARRIAGE (OVERSEAS INTERMOD | 1 | 728.00 | USD   728.00 | | |
| PANAMA CANAL SURCHARGE | 1 | 21200 | USD   152.00 | | |
| | | | USD   4392.11 | | |

If this is a negotiable (To Order / to) Bill of lading, one original Bill of Lading, duly endorsed must be surrendered by/ the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law of the Port of Discharge or port/Place of Delivery whichever is applicable.

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and wherever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier
MSC Mediterranean Shipping Company S A

| DECLARED VALUE (only applicable if Ad Valorem   Charges paid - see Clause 7.3)   XXXXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Ctnrs or Pkgs rcvd by Carrier -   see Clause 14.1)   1 cntr |
|---|---|
| PLACE AND DATE OF ISSUE   08-JUNE-2007 | SHIPPED ON BOARD DATE   08-JUNE-2007 |

U.S. Edition - 08/2009                 TERMS CONTINUED  ON REVERSE  ↗

**MSC000012**

UNITED STATES DISTRICT COURT                    Docket No.:
SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING
COMPANY (USA) INC.,

                                        Plaintiff,


                        -against-



CHINA CONTAINER LINE LTD.,

                                        Defendant.

## SUMMONS AND COMPLAINT

Mark McKew
THE LAW OFFICES OF MARK MCKEW, PLLC

*Attorneys for*
*Plaintiff*

1725 York Ave., Suite 29A
New York, New York 10128
Tel: (212) 876-6783
Fax: (646) 478-9090